# EXHIBIT A

# Lexington Medical Center



79 1 20504 *******************AUTO**5-DIGIT 27295
PATRICIA B DAVIDSON

LEXINGTON, NC

March 26, 2021

Su información personal puede haber estado involucrada en un posible incidente cibernético. Si desea recibir una versión de esta carta en español, por favor llame 1-855-660-1531.

Dear Patricia B Davidson,

Lexington Medical Center (LMC) (formerly known as Lexington Memorial Hospital) is proud to provide quality healthcare for our community, and we are honored by the trust you and others place in us to care for you. We recognize an important part of that trust includes protecting the privacy and security of your information, including when that information is maintained by our vendors. Unfortunately, we have discovered that Healthgrades Operating Company, Inc. ("Healthgrades"), a vendor who previously provided services to LMC, has had a security incident that involved some of your information.

## What Happened?

Healthgrades previously assisted LMC in educating patients and the community about health matters and available services at LMC. In order to provide those services, Healthgrades was provided some LMC information. On January 29, 2021, Healthgrades notified us that an unauthorized individual gained access to a Healthgrades archived server between October 16, 2020 and October 28, 2020. Healthgrades discovered that the impacted archived server included backup files with LMC patient information from the time it provided services to LMC. The files included information from mid-2010 to mid-2011.

## What Information Was Involved?

As soon as we were notified by Healthgrades, we immediately took steps to understand the circumstances of the incident and the information impacted. We understand that the Healthgrades files involved in the incident were archived files maintained by Healthgrades from the time when they provided services to LMC. The information in the files did **not** include your financial account information. In addition, because LMC is no longer using Healthgrades to provide these services, the files did not include information from any recent services.

The archived files may have included your name, address, demographic and contact information, Social Security number, date of birth, LMC medical record number, date(s) of service, patient type, limited health information such as treatment and billing codes and their descriptions (which, in some cases, may indicate a diagnosis), physician names, physician specialty, guarantor name, insurance type, insurance provider, and/or cost of treatment information. This incident was limited to the Healthgrades systems only and did **not** involve any LMC systems or electronic health records.

## What Are We Doing in Response?

We care about the privacy and security of our patients' information and take this matter very seriously. To help prevent something like this from happening again, we have obtained assurances from Healthgrades that no LMC patient data remains on their systems. LMC has similarly reviewed its files and confirmed that no patient information is being sent to Healthgrades. Finally, Healthgrades has also advised us that they have notified law enforcement of this incident and will cooperate with any follow up investigation.

## What Can You Do?

Although we have received no indication that your information has been misused, out of an abundance of caution, we are offering you complimentary identity monitoring services through Kroll for one year. The services being offered

ELN-7792 -20504

include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration. We also recommend you review the statements you receive from your healthcare providers. If you see services you did not receive, please contact the provider immediately. **For more information about the identity monitoring services, including instructions on how to activate your complimentary one-year membership, as well as some additional steps you can take in response, please see the pages that follow this letter.**

## For More Information

We are very sorry for any concern or inconvenience this incident may cause you. If you have questions, please contact 1-855-660-1531, Monday through Friday, from 9:00 a.m. to 6:30 p.m. Eastern Time.

Sincerely,

*Patricia Corn*

Patricia Corn
Chief Privacy Officer